3:22cv621-TSL-RPM

"My name is Bray Coleman and i'am currently being held in Lauderdale Co. Detention facility at 2001 5th St Meridian, Ms. I have been trapped in time here awaiting indictment since July 4, 2022... My rights to proper treatment for my medical ailments of diabetes have been denied by staff and the current medical company they have employed. I fear for my life after several lies and retaliatory efforts by staff done for me simply asking to allow me to have my family bring or the facility provide the supplement my body demands... even based on their own data. I have been subjected to unspeakable filth and health risk as far as eating meals with feces on tables and floors and being ignored by staff when i asked to return to cell for fear of my life and safety after the Covid-19 pandemic. I am imploring you to send me the proper forms including the 1983 packet so that i can seek justice and balance the scales of truth for those of us being housed

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 24 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

and collected upon while our lives are traumatized permanently before re entering the democracy and society we all adore.

Thank in Advance,

Brag Coleman

P.S. I requested the forms 3-4 days ago and have not recieved them via staff even after answering my grievance and saying they would.")