IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BRAZ COLEMAN**                                                                           **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 3:22-cv-00621-TSL-RPM**

**JOHN DOE**                                                                            **DEFENDANT**

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. On October 24, 2022, Plaintiff Braz Coleman was ordered [2] to pay the required filing fee or "file a complete application for leave to proceed *in forma pauperis*, including the section entitled 'Certificate to Be Completed by Authorized Officer' of prison accounts or file an affidavit specifically stating the name of the prison official contacted concerning the Certificate and why this information is not provided to this court." [2] at 1. Plaintiff was warned that "[f]ailure to advise this court of a change of address or failure to comply with any order of this court . . . may result in the dismissal of this case." [2] at 2. That Order [2] was mailed to Plaintiff at his last-known mailing address, and it was not returned as undeliverable. Plaintiff did not comply within the thirty-day window and has not communicated with the Court about his lawsuit since the day he filed the Complaint [1].

It is thus **ORDERED**:

(1) That the Clerk of Court mail Plaintiff another copy of the Order [2] entered on October 24, 2022, to his last-known mailing address.

(2) That Plaintiff **on or before December 16, 2022**, respond to this Order to Show Cause in writing and explain why this case should not be dismissed for failure to comply with the Court's Order [2].

(3) That Plaintiff **on or before December 16, 2022**, comply with the Order [2] of

October 24, 2022, by paying the required filing fee or by filing a complete application for leave to proceed *in forma pauperis*.

  (4) That Plaintiff is required to file his original response to this Order to Show Cause with the Clerk of Court, 501 East Court Street, Suite 2.500, Jackson, MS 39201.

  (5) That failure to advise the Court of a change of address or failure to timely comply with any order of the Court will be deemed a purposeful delay and contumacious act by Plaintiff and will result in this lawsuit being dismissed without prejudice and without further notice to Plaintiff.

  THIS 2nd day of December, 2022.

           /s/ *Robert P. Myers, Jr.*
           ROBERT P. MYERS, JR.
           UNITED STATES MAGISTRATE JUDGE