# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**BRAZ COLEMAN**                                                                                               **PLAINTIFF**

**VERSUS**                                           **CIVIL ACTION NO. 3:22-cv-00621-TSL-RPM**

**LAUDERDALE COUNTY, et al.**                                                                    **DEFENDANTS**

## ORDER

*Pro se* Plaintiff Braz Coleman is an inmate of the Lauderdale County Detention Facility ("LCDF") proceeding *in forma pauperis.* [10]. He brings this Complaint [1] challenging the conditions of his confinement under 42 U.S.C. § 1983. *See, e.g.*, Compl. [1]; Am. Compl. [9]; Resp. [12]. Plaintiff has named Lauderdale County, Billie Sollie, Tisha Barlow, and Sergeant Smith as Defendants. After having reviewed and liberally construed Plaintiff's pleadings, it is hereby,

**ORDERED**:

1.  That the Clerk of Court is directed to issue a *Notice of Lawsuit and Request to Waive Service of a Summons* for Defendants Lauderdale County, Billie Sollie, Tisha Barlow, and Sergeant Smith. The Clerk is directed to attach a copy of the Complaint [1], Amended Complaint [9], and Response [12]; the accompanying *Notices of Lawsuit and Request to Waive Service of a Summons*, and the accompanying *Waiver* form by first-class mail to **Attorney Lee Thaggard; Barry, Thaggard, & May, LLP; P.O. Box 2009; Meridian, MS 39302-2009** for Defendants Lauderdale County, Billie Sollie, and Sergeant Smith; and to **Attorney R. Mark Hodges; Wise, Carter, Child, & Carraway, P.A.; P.O. Box 651; Jackson, MS 39205-0651** for Defendant Tisha Barlow. Defendants are directed to file a signed *Waiver* form or a Response within 30 days.

If counsel receiving this Order is unable to execute a *Waiver* for a Defendant because the

Defendant is not employed by the entity that counsel represents or because, after due diligence, counsel is unable to identify the Defendant from the *Notice* and Complaint, a Response should be filed. The Response from counsel should contain the name of the Defendant and, if previously employed by the entity counsel represents, the Response should contain the Defendant's last-known address. If the Response contains a last-known address, it is directed to be filed under seal.

    2.    That the Defendants shall file an answer or other responsive pleading in this cause in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

    3.    That as provided for in the Federal Rules of Civil Procedure, discovery is stayed until further order of this Court.

    4.    That subpoenas shall not be issued except by order of the Court. The United States District Court Clerk shall not issue subpoenas upon request of the *pro se* litigant but shall instead forward the request to the Magistrate Judge assigned to this cause for review. Plaintiff shall submit all requests for the issuance of subpoenas to the Magistrate Judge's office for review.

This Order allowing process to issue against the above-named Defendants does not reflect any opinion of this Court that the claims contained in the Complaint will or will not be determined to be meritorious.

It is Plaintiff's responsibility to prosecute this case. Failure to advise this Court of a change of address or failure to comply with any Order of this Court will be deemed a purposeful delay and contumacious act by Plaintiff and may result in the dismissal of this case.

**SO ORDERED,** this 30th day of January, 2023.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE