IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**BRAZ COLEMAN**                                                                                              **PLAINTIFF**

**VERSUS**                                         **CIVIL ACTION NO. 3:22-cv-00621-TSL-RPM**

**LAUDERDALE COUNTY, et al.**                                                                **DEFENDANTS**

*NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS*

To:    Tisha Barlow

        **Why are you getting this?**

        A lawsuit has been filed against you, or the entity you represent, in this Court under the number shown above. A copy of the complaint is attached.

        This is not a summons. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days from the date shown below, which is the date this notice was sent. One copy of the waiver form is enclosed.

        **What happens next?**

        When the signed waiver is filed, this action will proceed as if you had been served on the date the waiver is filed, but no summons will be served on you. And you will have 60 days from the date this notice is sent (see the date below) to answer the complaint.

        If you do not return the signed waiver within the time indicated, the summons and complaint will be served on you by the United States Marshal. The Court will consider requiring you, or the entity you represent, to pay the expenses of making service.

        Please read the enclosed statement about the duty to avoid unnecessary expenses.

Date:  1/30/2023                                         Arthur Johnston, Clerk of Court
                                                                           (SEAL)
                                                                      *Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**BRAZ COLEMAN**                                                                                    **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 3:22-cv-00621-TSL-RPM**

**LAUDERDALE COUNTY, et al.**                                                          **DEFENDANTS**

*NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS*

To:      Lauderdale County

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this Court under the number shown above. A copy of the complaint is attached.

This is not a summons. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days from the date shown below, which is the date this notice was sent. One copy of the waiver form is enclosed.

**What happens next?**

When the signed waiver is filed, this action will proceed as if you had been served on the date the waiver is filed, but no summons will be served on you. And you will have 60 days from the date this notice is sent (see the date below) to answer the complaint.

If you do not return the signed waiver within the time indicated, the summons and complaint will be served on you by the United States Marshal. The Court will consider requiring you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

Date: 1/30/2023                                     Arthur Johnston, Clerk of Court
                                                                       (SEAL)
                                                                       *L. Townsend*
                                                                       *Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### NORTHERN DIVISION

**BRAZ COLEMAN**  **PLAINTIFF**

**VERSUS**  **CIVIL ACTION NO. 3:22-cv-00621-TSL-RPM**

**LAUDERDALE COUNTY, et al.**  **DEFENDANTS**

*NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS*

To:    Sergeant Smith

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this Court under the number shown above. A copy of the complaint is attached.

This is not a summons. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days from the date shown below, which is the date this notice was sent. One copy of the waiver form is enclosed.

**What happens next?**

When the signed waiver is filed, this action will proceed as if you had been served on the date the waiver is filed, but no summons will be served on you. And you will have 60 days from the date this notice is sent (see the date below) to answer the complaint.

If you do not return the signed waiver within the time indicated, the summons and complaint will be served on you by the United States Marshal. The Court will consider requiring you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

Date: 1/30/2023

Arthur Johnston, Clerk of Court
(SEAL)
*L. Townsend*
*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**BRAZ COLEMAN**                                                   **PLAINTIFF**

**VERSUS**                                    **CIVIL ACTION NO. 3:22-cv-00621-TSL-RPM**

**LAUDERDALE COUNTY, et al.**                                    **DEFENDANTS**

*NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS*

To:    Billie Sollie

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this Court under the number shown above. A copy of the complaint is attached.

This is not a summons. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days from the date shown below, which is the date this notice was sent. One copy of the waiver form is enclosed.

**What happens next?**

When the signed waiver is filed, this action will proceed as if you had been served on the date the waiver is filed, but no summons will be served on you. And you will have 60 days from the date this notice is sent (see the date below) to answer the complaint.

If you do not return the signed waiver within the time indicated, the summons and complaint will be served on you by the United States Marshal. The Court will consider requiring you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

Date: 1/30/2023                                            Arthur Johnston, Clerk of Court

                                                                         (SEAL)

*Signature of Clerk or Deputy Clerk*