```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

BRAZ COLEMAN                                              PLAINTIFF

VS.                             CIVIL ACTION NO. 3:22CV621TSL-RPM

JOHN DOE, ET AL.                                         DEFENDANTS

<u>ORDER</u>

This cause is before the court on the report and recommendation of United States Magistrate Judge Robert P. Myers entered on July 30, 2024, recommending that plaintiff's motion for a preliminary injunction be denied. Plaintiff Braz Coleman did not object to the report and recommendation and the time for doing so has expired. The court, having fully reviewed the report and recommendation and being duly advised in the premises, now finds that the report and recommendation should be adopted as the opinion of the court.[1]

---

[1] As plaintiff failed to object, the court reviewed the report and recommendation under the "clearly erroneous" standard. <u>See</u> 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). However, where there are no objections, the court applies the "clearly erroneous, abuse of discretion and contrary to law" standard of review to the report and recommendation. <u>United States v. Wilson</u>, 864 F.2d 1219, 1221 (5th Cir. 1989).

Based on the foregoing, it ordered that the July 30, 2024 report and recommendation of United States Magistrate Judge Robert P. Myers be, and the same is hereby, adopted as the opinion of the court.  It follows that plaintiff's motion for a preliminary injunction is denied.

SO ORDERED this 21st day of August 2024.

                                      /s/ Tom S. Lee
                                      UNITED STATES DISTRICT JUDGE