```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF MISSISSIPPI
                          NORTHERN DIVISION


BRAZ COLEMAN                                             PLAINTIFF

VS.                        CIVIL ACTION NO. 3:22-cv-00621-TSL-RPM

LAUDERDALE COUNTY, et al.                               DEFENDANTS
```

ORDER

This cause came on to be heard upon the May 14, 2025 report and recommendation of United States Magistrate Judge Robert P. Myers, recommending that the the Motion [78] for Summary Judgment filed by defendants Ticia Marlow and Southern Health Partners be granted and that plaintiff Braz Coleman's medical-care and assault-and-battery claims be dismissed with prejudice as frivolous. The court, having fully reviewed the report and recommendation, and no objection having been filed and being duly advised in the premises, finds that the report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the May 14, 2025 report and recommendation of of the magistrate judge is hereby adopted as the opinion of this court. Accordingly, it is ordered that Ticia Marlow and Southern Health Partners' motion for summary judgment is granted, and it is ordered that Braz Coleman's medical-care and assault-and-battery claims are dismissed with

prejudice as frivolous.

SO ORDERED this 4th day of June, 2025.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE