```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION
```

BRAZ COLEMAN                                            PLAINTIFF

VS.                       CIVIL ACTION NO. 3:22-cv-00621-TSL-RPM

LAUDERDALE COUNTY, et al.                              DEFENDANTS

<u>ORDER</u>

This cause came on to be heard on the July 8, 2025 report and recommendation of United States Magistrate Judge Robert P. Myers recommending on motions by defendants Lauderdale County, Billie Sollie, Sergeant Smith, and Sergeant Allen Wyman (the County defendants) that (1) their motion to stay [Dkt. 113] be denied as moot; (2) the motion for partial summary judgment [Dkt. 117] be granted; and (3) the supplemental motion for partial summary judgment [Dkt. 131] be granted, leaving for trial plaintiff's claims that defendant Smith used excessive force against him by macing and/or tasing him on two separate occasions.  The court, having fully reviewed the report and recommendation, and no objection having been filed and being duly advised in the premises, finds that the report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the July 8, 2025 report and recommendation of of the magistrate judge is hereby adopted as the opinion of this court.  Accordingly, it is ordered that

the County defendants' motion to stay [Dkt. 113] is denied, and the motion and supplemental motion for partial summary judgment [Dkts. 117 & 121] are granted.  Therefore, it is ordered that all plaintiff's claims against Lauderdale County, Sheriff Sollie and Sergeant Wyman are dismissed with prejudice, and plaintiff's sexual assault claim against Sergeant Smith is dismissed with prejudice.

    SO ORDERED this 28th day of July, 2025.

                        /s/ Tom S. Lee
                        UNITED STATES DISTRICT JUDGE